UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Naomi Tosha Lee,<br><br>        Plaintiff,<br><br>    v.<br><br>Commissioner Of Social Security,<br><br>        Defendants. | No. 1:25-cv-01007-GSA<br><br>ORDER TERMINATING IFP APPLICATION AND F&R AS MOOT & DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(ECF No. 2, 5) |

Plaintiff moved to proceed IFP (Doc. 2), findings and recommendations (F&R) were issued to deny the same (Doc. 5), and Plaintiff subsequently paid the filing fee.

Accordingly, it is **ORDERED** that:

1. Plaintiff's IFP application (Doc. 2) and the F&R (Doc. 5) are **TERMINATED** as moot;

2. The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

Dated: **September 9, 2025**           **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE