**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Naima Tosha Lee,

          Plaintiff,

    vs.

Commissioner of Social Security,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-cv-01007-GSA

ORDER ADVISING PARTIES REGARDING BRIEFING EXTENSIONS

The parties are reminded that last minute extension requests are disfavored, as noted in the scheduling order (ECF No. 8 at 3) and Local Rule 144(d).  The Parties are therefore advised that future requests for extensions of time should be timely made.

IT IS SO ORDERED.

Dated:    **January 22, 2026**                      **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE