ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL K. MARRIOTT (CSBN 280890)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4836
Michael.Marriott@ssa.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NAIMA TOSHA LEE,

    Plaintiff,

      v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-01007-GSA

**ORDER OF REMAND AND
DIRECTING ENTRY OF
JUDGMENT**

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand, ECF No. 21.

    The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Naima Tosha Lee, and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **January 28, 2026**                          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE