UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Naima Tosha Lee, | No.  1:25-cv-01007-GSA |
| Plaintiff, | **ORDER GRANTING EAJA FEES** |
| v. | |
| Commissioner of Social Security, | |
| Defendants. | |

As stipulated, it is **ORDERED** that Plaintiff be awarded attorney fees in the amount of $10,000 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and $405 in costs under 28 U.S.C § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

It is further **ORDERED** that after the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

1

that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Plaintiff's Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Counsel.  Payments may be made by electronic funds transfer (EFT) or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel Francesco Benavides,  including the law offices of Francesco Benavides, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Francesco Benavides to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

### ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $10,000.00 as authorized by 28 U.S.C. § 2412, and $405.00 in costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **March 4, 2026**                      **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE